669 P.2d 89

**Pennie J. MATTS, a single person, and Dale C. Burlingham, a single person, Plaintiffs-Appellants,**

v.

**The CITY OF PHOENIX, a municipal corporation, Defendant-Appellee.**

**No. 16577–PR.**

Supreme Court of Arizona.

Aug. 31, 1983.

ORDER

CAMERON, Justice.

Pursuant to the Stipulation filed by the parties hereto,

IT IS ORDERED: The above-entitled and numbered action be, and it is hereby dismissed, 136 Ariz. 116, 669 P.2d 94, with prejudice, each of the parties to bear their own costs.